**Marshall FREIDUS and Ray Ragan Individually and on Behalf of all Others Similarly Situated, Plaintiffs–Appellants,**

60

Belmont Holdings Corp.,
Movant–Appellant,

Edward P. Zemprelli, Individually and on Behalf of all Others Similarly Situated, Plaintiff,

v.

ING GROEP, N.V., ING Financial Holdings Corporation, ING Financial Markets LLC, UBS Securities LLC, Citigroup Global Markets INC., Merrill Lynch, Pierce, Fenner & Smith Incorporated, Wachovia Capital Markets, LLC, Morgan Stanley & Co. LLC, Banc of America Securities LLC, RBC Capital Markets Corporation, Credit Suisse Securities (USA) LLC, HSBC Securities (USA) Inc., J.P. Morgan Securities Inc., Huib J. Blaisse, Eric F. Boyer De La Giroday, Paul M.L. Frentrop, Alexander H.G. Rinnooy Kan, A.H.J. Risseeuw, Stichting ING Aandelen, J. Hans Van Barneveld, Jan J.M. Veraart, Hans K. Verkoren, Eli P. Leenaars, Tom Regtuijt, Michel J. Tilmant, Cees Maas, ABN Amro Incorporated, A.G. Edwards & Sons, Inc., Defendants–Appellees,

Wachovia Corporation, Ernst & Young LLP, Defendants.

No. 12–4514–cv.

United States Court of Appeals, Second Circuit.

May 5, 2015.

Steven F. Hubachek, Robbins Geller Rudman & Dowd LLP, San Diego, CA (Eric Alan Isaacson, Andrew J. Brown; Deborah R. Gross, Law Offices of Bernard M. Gross, PC, Philadelphia, PA, on the brief), for Appellants.

Mitchell A. Lowenthal, Cleary Gottlieb Steen & Hamilton LLP, New York, N.Y. (Jared M. Gerber, Danielle J. Levine, Michelle J. Parthum, on the brief), for the ING Defendants–Appellees.

Adam S. Hakki, Shearman & Sterling LLP, New York, N.Y. (Christopher R. Fenton, on the brief), for the Underwriter Defendants–Appellees.

Present: ROSEMARY S. POOLER, REENA RAGGI, RICHARD C. WESLEY, Circuit Judges.

## SUMMARY ORDER

After our decision in *Freidus v. ING Groep, N.V.*, 543 Fed.Appx. 93 (2d Cir. 2013), Plaintiffs–Appellants Marshall Freidus, and Ray Ragan, and Movant–Appellant Belmont Holdings Corporation, on behalf of themselves and all others similarly situated, petitioned the Supreme Court for a writ of certiorari. The Supreme Court granted the writ of certiorari, vacated the decision of this Court and remanded for "further consideration in light of *Omnicare, Inc. v. Laborers Dist. Council Constr. Industry Pension Fund*, 575 U.S. —— [135 S.Ct. 1318, —— L.Ed.2d ——] (2015)." *See Freidus v. ING Groep, N.V.*, —— U.S. ——, 135 S.Ct. 1698, —— L.Ed.2d ——, 2015 WL 1400851 (U.S. March 30, 2015).

We now VACATE that part of the judgment of the district court as pertains to the September 2007 securities offering and REMAND for further proceedings consistent with the opinion of the Supreme Court. We AFFIRM the district court's judgment in all other respects.